LAW OFFICE OF GREGORY J. SMITH
GREGORY J. SMITH, ESQ. SBN 114576
755 Sunrise Avenue #130
Roseville, CA 95661
(916) 783-2458
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Dahlia Qui Anh Bao<br><br><br><br><br><br><br><br>Debtor. | CASE NO. 16-24547<br>DC NO: GJS-002<br>In Proceedings Under Chapter 7<br><br>Date: 11-28-17<br>Time: 9:30am<br>Dept: C 6th Floor<br>Courtroom: 35<br>Location:　US Bankruptcy Court<br>　　　　　　501 "I" Street 6th Floor<br>　　　　　　Sacramento, CA 95814<br><br>Judge: Klein |

**DEBTOR'S DECLARATION IN SUPPORT OF MOTION TO AVOID JUDICIAL LIEN ON REAL PROPERTY BY GCFS, INC. A CALIFORNIA CORP 11 U.S.C. §522(f)(1)(A) TO BE HEARD BY THE COURT ON 11-28-17 AT 9:30 AM**

1. I, Dahlia Qui Anh Bao filed a Voluntary Petition for relief under Chapter 7 of Title 11 of the United States Code on 7-13-16.

2. I own property located at 6949 Gardner Avenue Sacramento, CA 95828.

3. My real property had a net fair market value of $377,190.00 when I filed.

4. I have deeds of trust on my property totaling $371,245.00.

5. Pursuant to California C.C.P. §703.140(b)(1) debtor has now claimed such real property as exempt in the amount of $21,142 and, no objection to such claim being made, such real property has been declared exempt for the above-mentioned amount.

6. On or about 10/23/13 in Book 20131023 Page 0772, GCFS, Inc., a California Corporation recorded an Abstract of Judgment Lien in the Sacramento County Recorder's Office in the amount of $20,497.52.

7. This debt was listed on my Schedule F.

8. I am asking that the lien against my property by GCFS, Inc., a California Corporation be avoided.

I, Dahlia Qui Anh Bao declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED:10-25-17                By: /s/ Dahlia Qui Anh Bao
                                  Dahlia Qui Anh Bao, Debtor